Matter of Schieferstein v Whelan (2026 NY Slip Op 00512)

Matter of Schieferstein v Whelan

2026 NY Slip Op 00512

Decided on February 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA
PHILLIP HOM, JJ.

2025-14029

[*1]In the Matter of Carmine Schieferstein, petitioner,
vThomas F. Whelan, etc., respondent. Carmine Schieferstein, Mastic Beach, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Thomas F. Whelan, a Justice of the Supreme Court, Suffolk County, to sign an order to show cause in an action entitled U.S. Bank National Association v Schieferstein , pending in that court under Index No. 617683/16, and to stay the sale of the subject property pending hearing and determination of this proceeding.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The petitioner's remaining contentions either need not be reached in light of our determination or are without merit.
BARROS, J.P., VOUTSINAS, GOLIA and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court